UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CURTIS LEE MORRISON,

        Plaintiff,

  v.

SUPREME COURT OF CALIFORNIA et al,

        Defendant.

Case Number: CV09-04227 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Lee Morrison #:A-90679  
California State Prison-Solano  
P.O. Box 4000, 11-111-Low  
Vacaville, CA 95696-4000

Dated: October 23, 2009

Richard W. Wieking, Clerk  
By: R.B. Espinosa, Deputy Clerk