IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE MORRISON | No. C-09-4227 TEH (PR) |
|     Petitioner, | |
|     v. | ORDER REOPENING CASE |
| SUPREME COURT OF CALIFORNIA, | |
|     Respondent. | (Doc. #5) |

Per order filed on October 23, 2009, the Court dismissed without prejudice the above-captioned pro se habeas action by a state prisoner for failure to pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application.  Doc. #3.

The court docket shows that payment for the $5.00 filing fee was received on December 8, 2009.  Petitioner's request that the Court reconsider the dismissal and reopen this matter, Doc. #5, is GRANTED.

//

//

The Clerk is directed to reopen this matter; an initial order will issue shortly.

IT IS SO ORDERED.

DATED   12/14/09                  _____
                                  THELTON E. HENDERSON
                                  United States District Judge

G:\PRO-SE\TEH\HC.09\Morrison-09-4227-reopen.wpd

**2**