UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE MORRISON,<br><br>   Plaintiff,<br><br> v.<br><br>SUPREME COURT OF CALIFORNIA et al,<br><br>   Defendant. | Case Number: CV09-04227 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Curtis Lee Morrison #:A-90679
California State Prison-Solano
P.O. Box 4000, 11-111-Low
Vacaville, CA 95696-4000

Dated: January 25, 2010

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk